IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-155-RLV-DCK

| | |
|---|---|
| SIMPSON PERFORMANCE PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASTERCRAFT SAFETY, INC., and IMPACT RACING INC., <br><br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by Anup M. Shah, concerning Adam S. Garson on December 1, 2016. Mr. Adam S. Garson seeks to appear as counsel *pro hac vice* for Defendants Mastercraft Safety, Inc. and Impact Racing, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) is **GRANTED.** Mr. Adam S. Garson is hereby admitted *pro hac vice* to represent Defendants Mastercraft Safety, Inc. and Impact Racing, Inc.

**SO ORDERED**.

Signed: December 1, 2016

David C. Keesler
United States Magistrate Judge